# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL EDWARD SAMPSON, | |
| Plaintiff, | Civil Action No. 19-430 |
| v. | Judge Cathy Bissoon |
| DAVIDSON INVENTOR SERVICE, JOHN DELISSIO, and FNU DAVIDSON, | Magistrate Judge Lisa Pupo Lenihan |
| Defendants. | |

## MEMORANDUM ORDER

This case has been referred to Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On June 11, 2019, Magistrate Judge Lenihan issued a Report (Doc. 32) recommending that the Amended Complaint (Doc. 24) filed by Plaintiff Michael Edward Sampson (hereinafter "Plaintiff") be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous, for failure to state a claim, and for lack of subject matter jurisdiction. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and he filed Objections on June 18, 2019 (Doc. 37).[1]

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

---

[1] After the R&R was issued, Plaintiff also filed an Affidavit and letters. (Docs. 34, 38, and 39.) The Court has considered these documents.

1

Plaintiff's Amended Complaint (Doc. 24) is **DISMISSED WITH PREJUDICE** pursuant 28 U.S.C. § 1915(e)(2)(B); Plaintiff's Motions for Issuance of a Subpoena, to Appoint Counsel, and to Enter Evidence (Docs. 27–29) are **DENIED**; and the Report and Recommendation (Doc. 32) is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

July 3, 2019

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Michael Edward Sampson
Gregg County Jail
101 East Methvin Street
Longview, Texas 75601